

Office Of The Clerk

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number: 2022 - KW - 0276

State Of Louisiana
    versus
Kendall Roberson, Jr.

TO:    Hillar C. Moore III                          Kendall Roberson Jr.
       EBR District Attorney                        2867 Gen Isaac Smith Avenu
       222 St. Louis Street                         Baton Rouge, La 70807
       5th Floor
       Baton Rouge, LA 70802
       lori.olinde@ebrda.org

       Unknown

       ,

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENDALL ROBERSON, JR.

NO. 2022 KW 0276

**MAY 20, 2022**

---

In Re:    Kendall Roberson, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. J-2100209654, DC-22-00524.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.**  The records of the East Baton Rouge Parish Clerk of Court's Office reflect that relator filed a motion to quash on February 17, 2022, which was denied by the district court on February 18, 2022.  Relator filed a second motion to quash on February 22, 2022, which was denied by the district court on February 24, 2022.  Relator also filed a motion for speedy trial on January 5, 2022.  The motion is set for a hearing on June 28, 2022.  It is further noted that on February 2, 2022, a bill of information was filed charging relator.

                          **JMM**
                          **WIL**
                          **EW**

COURT OF APPEAL, FIRST CIRCUIT

*Ɑ.S⋀ƿ*

---
DEPUTY CLERK OF COURT
    FOR THE COURT